CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

GALEN A. PHILLIPS (CABN 307644)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7110
Email: Galen.Phillips@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS EDWARD AGUERO,<br><br>Defendant. | No. 3:23-CR-00253-JD<br><br>STIPULATION TO CONTINUE DISPOSITION HEARING AND ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Thomas Edward Aguero that the hearing set for August 17, 2026, in the above-captioned matter shall be continued to September 28, 2026.

In a related case, *United States v. Thomas Edward Aguero*, 3:26-CR-00067-JD, sentencing is set for September 28, 2026.

The parties agree that this matter should proceed concurrently with that sentencing.

Accordingly, the parties hereby stipulate and respectfully request that the Court continue the next hearing in this matter to September 28, 2026, at 11:00 a.m.

///

///

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: July 13, 2026

/s/
GALEN A. PHILLIPS
Assistant United States Attorney

DATED: July 13, 2026

/s/
ANGELA CHUANG
Counsel for Defendant
THOMAS EDWARD AGUERO

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/24/2026

JAMES DONATO
United States District Judge